# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

THE PEOPLE ex rel. JOSHUA NELSON, Respondent, v. WALLACE JEFFERDS and others, Commissioners of Highways, etc., Appellants.

*Mandamus — Commissioners of highways — Order directing the laying out of a road — omission to make and file — effect of.*

Where all the proceedings for laying out a highway had been duly taken by the commissioners of highways, except the making, signing and filing of the order or certificate of their decision to lay out such highway; and where, on their application, commissioners had been appointed to assess damages, who had omitted to assess those of the relator; *held*, that it was proper to award a peremptory mandamus commanding the commissioners of highways to make, sign, and file in the town clerk's office an order laying out the highway in question, to have the relator's damages assessed, and to cause the highway to be opened and worked according to law.

The determination to lay out the road was a judicial act. The making of the necessary record of that determination, when arrived at, was ministerial, and, as to such acts, the specific thing to be done may be directed by mandamus.*

APPEAL from a judgment of the Special Term, awarding a peremptory mandamus.

*E. Cooke,* for the appellants.

*E. Wells,* for the respondents.

Opinion by TALCOTT, J.

Present—TALCOTT and TAPPEN, JJ.

Judgment affirmed, with costs.

* Woolsey v. Tompkins, 23 Wend., 324; Carpenter v. County Com'rs of Bristol, 21 Pick., 259; People v. Judges of Dutchess Co., 20 Wend., 658.